## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Reeves Family Real Estate, L.P., Select Sites, L.P. and Pohlig Builders, LLC | : | |
| | : | |
| | : | |
| v. | : | No. 378 C.D. 2020 |
| | : | No. 380 C.D. 2020 |
| Board of Supervisors of Schuylkill Township and Glenn Makela | : | No. 712 C.D. 2020 |
| | : | No. 713 C.D. 2020 |
| | : | |
| Appeal of: Glenn Makela | : | |
| | : | |
| Reeves Family Real Estate, L.P., Select Sites, L.P., and Pohlig Builders, LLC | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| Board of Supervisors of Schuylkill Township and Glenn Makela | : | |
| | : | |
| Appeal of: Board of Supervisors of Schuylkill Township | : | |
| | : | |
| Reeves Family Real Estate, L.P., Select Sites, L.P., and Pohlig Builders, LLC, Appellants | : | |
| | : | |
| v. | : | |
| Board of Supervisors of Schuylkill Township and Glenn Makela | : | |

## PER CURIAM                    O R D E R

NOW, June 2, 2022, having considered Designated Appellees' application for reargument and Designated Appellants' answer in response thereto, the application is denied.